UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00220-FDW

| | | |
|---|---|---|
| ROBERT E. WOODWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALAN CLONINGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on periodic status review on Defendants Sheriff Alan Cloninger and Officer Nolan's Motion for Summary Judgment. [Doc. 27].

On February 25, 2019, Defendants Cloninger and Nolan ("Defendants") filed a motion for summary judgment in this matter. [Doc. 27]. In support of this motion, Defendants also filed various exhibits to their motion. [Docs. 27-2 through 27-4; 29]. Included in those exhibits is "video footage of Plaintiff within the jail and at medical area on March 7, 2018." [Doc. 27-3]. Defendants indicate that this footage "can be submitted upon request of the Judge." [Id.]. The Court, therefore, requests Defendants to file this video footage with the Court <u>on a flash drive</u> (not on a CD) within seven (7) days of this Order so that it may be considered by the Court in ruling on Defendants' summary judgment motion.

**IT IS, THEREFORE, ORDERED** that Defendants shall have seven (7) days from this Order in which to file the video footage in support of their summary judgment motion. If Defendants fail to file the footage in accordance with this Order, it may not be considered by the Court in adjudicating Defendants' motion for summary judgment.

Signed: August 22, 2019

Frank D. Whitney
Chief United States District Judge